NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3008

DAVID A. DOLINSKY,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH1221090173-W-1.

ON MOTION

ORDER

The Department of Homeland Security moves for an extension of time to file its brief. Also, within its informal brief, the Department moves for a partial remand.

The court notes that the Department timely filed its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion for an extension of time is moot.

(2)   The motion for a partial remand, contained within the informal brief, is deferred for consideration by the merits panel.

FOR THE COURT

JAN 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   David A. Dolinsky
      Scott Thomas Palmer, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK